IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CARMELLA HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:24-CV-126-RAH |
| | ) | |
| MURPHY OIL USA, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On April 30, 2024, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 11.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1.     The Recommendation (Doc. 11) is ADOPTED.

2.     This case is DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B) and 1915A(b)(1).

DONE, on this the 26th day of June 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE